No. 157. UNITED STATES *v.* W. A. McFARLAND AND J. NORRIS McFARLAND, COPARTNERS. On writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit. October 17, 1927. *Per Curiam.* The decision of this case does not require a decision of the questions which are presented in the petition for certiorari because of which the writ was granted, and the certiorari heretofore granted in this case is therefore revoked upon the authority of *Southern Power Co.* v. *North Carolina Service Co.,* 263 U. S. 508. *Solicitor General Mitchell* for the United States. *Messrs. Wm. H. Hudgins* and *Lothrop Withington* for respondents.

No. 13. REBA FENWICK *v.* OREL J. MYERS, PROSECUTING ATTORNEY, DARKE COUNTY, OHIO. Error to the Supreme Court of the State of Ohio. Submitted October 11, 1927. Decided October 17, 1927. *Per Curiam.* Dismissed for want of jurisdiction for lack of a substantial Federal question on the authority of *Seaboard Air Line Ry. Co.* v. *Padgett,* 236 U. S. 668, 671; *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power and Light Co.* v. *Town of Graham,* 253 U. S. 193, 195. *Messrs. George W. Mannix, Jr.* and *T. A. Billingsley* for plaintiff in error. *Messrs. Edward C. Turner* and *Orel J. Myers* for defendant in error.